# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL SCOTT GOSHAY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:25-cv-01005-SAB<br><br>ORDER REGARDING STIPULATION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT<br><br>(ECF No. 8) |

　　　　Before the Court is the parties' stipulation for an extension of time in which Defendant may respond to Plaintiff's complaint, which seeks to reverse, or modify, a final decision of the Commissioner of Social Security denying Plaintiff's application for Social Security benefits.  42 U.S.C. 405(g).  For good cause shown, the Court approves the stipulation and ORDERS that Defendant shall have through **November 12, 2025**, to respond to the complaint.  The scheduling order (ECF No. 3) otherwise remains controlling.

IT IS SO ORDERED.

Dated: __**October 1, 2025**__　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge