# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL SCOTT GOSHAY,<br><br>    Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | Case No. 1:25-cv-01005-SAB<br><br>ORDER REGARDING STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)<br><br>(ECF No. 13) |

Plaintiff Daniel Scott Goshay commenced this action on August 13, 2025, challenging the Commissioner of Social Security's final decision denying his application for Social Security Benefits. The parties have consented to the jurisdiction of the United States Magistrate Judge. (ECF Nos. 5, 7.) On December 10, 2025, the parties filed a stipulation for voluntary remand, pursuant to Sentence Four of 42 U.S.C. § 405(g).

Pursuant to the parties' stipulation to remand this action pursuant to Sentence Four of 42 U.S.C. § 405(g), IT IS ORDERED that:

1. This action is REMANDED to the Commissioner of Social Security for further proceedings consistent with the terms of the stipulation (ECF No. 13);

2. All pending dates and matters are VACATED; and

///

3. Judgment is ENTERED in favor of Plaintiff Daniel Scott Goshay and against the Commissioner of Social Security.

IT IS SO ORDERED.

Dated: **December 11, 2025**

STANLEY A. BOONE
United States Magistrate Judge