# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL SCOTT GOSHAY,<br><br>      Plaintiff,<br><br>    v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>      Defendant. | Case No. 1:25-cv-01005-SAB<br><br>ORDER RE STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY'S FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND 28 U.S.C. § 1920<br><br>(ECF No. 17) |

       On December 22, 2025, the parties filed a stipulation for the payment of attorney's fees and expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and costs under 28 U.S.C. § 1920. (ECF No. 17.)

       Accordingly, subject to the terms of the stipulation, Plaintiff is awarded attorney fees and expenses in the amount of EIGHT THOUSAND AND 00/100 ($8,000.00) as authorized by the Equal Access to Justice Act, 28 U.S.C. § 2412(d), and FOUR HUNDRED FIVE ($405.00) as authorized by 28 U.S.C. § 1920.

IT IS SO ORDERED.

Dated:   **December 23, 2025**

                                                    STANLEY A. BOONE
                                                  United States Magistrate Judge